# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO.896 |
| | : | |
| APPOINTMENT TO THE | : | SUPREME COURT RULES DOCKET |
| ORPHANS' COURT PROCEDURAL | : | |
| RULES COMMITTEE | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 16th day of December, 2021, the Honorable Lois Murphy, Montgomery County, is hereby appointed as a member of the Orphans' Court Procedural Rules Committee for a term expiring January 1, 2023.